YAAKOV M. ROTH
Acting Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
PATRICIA M. McCARTHY
Director, National Courts
CLAUDIA BURKE
Deputy Director, National Courts
JUSTIN R. MILLER
Attorney-In-Charge, International Trade Field Office
LUKE MATHERS
Trial Attorney

    U.S. Department of Justice
    Civil Division
    Commercial Litigation Branch
    26 Federal Plaza, Suite 346
    New York, New York 10278
    Telephone: (212) 264-9236
    luke.mathers@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA and GAVIN NEWSOM, in his official capacity as Governor of California, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 3:25-cv-03372-JSC <br><br> **[PROPOSED] ORDER TRANSFERRING CASE (28 U.S.C. § 1631)** |

    This matter came on regularly for hearing on May 22, 2025, at 10:00 a.m. in Courtroom 8, located on the 19th Floor of 450 Golden Gate Avenue, San Francisco, California, the Honorable Jacqueline Scott Corley, presiding. Plaintiffs State of California and Gavin Newsom were represented by Carolyn Downs, Shiwon Choe, and Zelda Rose Vassar, of the California Attorney General's Office. Defendants were represented Luke Mathers of the U.S. Department of Justice, Civil Division,

1  Commercial Litigation Branch.

2  Having considered the papers submitted and heard the arguments of the parties, and good cause
3  appearing therefor, it is hereby ordered that Defendants' Motion to Transfer is GRANTED.  Pursuant to
4  28 U.S.C. § 1631, this matter is ordered TRANSFERRED to the U.S. Court of International Trade.

5  IT IS SO ORDERED.

6  DATED: _____

8  _____
   HON. JACQUELINE SCOTT CORLEY
   United States District Judge