John W. Howard (SBN 80200)
Scott J. Street (SBN 258962)
Michelle D. Volk (SBN 217151)
Peter C. Shelling (SBN 351159)
**JW HOWARD/ATTORNEYS, LTD.**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com
      sstreet@jwhowardattorneys.com
      michelle@jwhowardattorneys.com
      pshelling@jwhowardattorneys.com

R. Trent McCotter
**BOYDEN GRAY PLLC**
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202-706-5488
Email: tmccotter@boydengray.com

Daniel Z. Epstein
**AMERICA FIRST LEGAL
FOUNDATION**
611 Pennsylvania Ave. SE #231
Washington, DC 20003
202-964-3721
Email: daniel.epstein@aflegal.org

Attorneys for Amicus Curiae America First
Legal Foundation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>     *Defendants*. | Case No.: 3:25-cv-03372-JSC<br>[Assigned to the Hon. Jacqueline Scott Corley]<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER** |

*Sidebar (vertical text):* JW HOWARD/ ATTORNEYS, LTD. 600 WEST BROADWAY, SUITE 1400 SAN DIEGO, CALIFORNIA 92101

1

America First Legal Foundation respectfully requests that the Court grant leave to file the attached *amicus curiae* brief in support of Defendants' motion to transfer this action to the Court of International Trade. Plaintiffs do not oppose the relief sought and Defendants consent to this relief.

1.    It is "within the Court's discretion" whether to allow an *amicus* brief, and courts generally exercise "great liberality" in permitting them. *California v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019).

2.    *Amicus* agrees with Defendants that this case should be transferred, and *Amicus* submits the attached proposed brief providing an additional basis for doing so. As part of *Amicus*'s commitment to the rule of law, it seeks to ensure that principles of jurisdiction are strictly enforced, and *Amicus* wishes to bring its additional arguments to the Court's attention given that they implicate the Court's subject matter jurisdiction.

3.    *Amicus* has obtained leave to submit the attached brief in another tariff challenge pending in a different court. *See Emily Ley Paper, Inc. v. Trump*, No. 3:25-cv-464 (N.D. Fla.).

///

///

///

///

///

///

///

UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF          Case No.: 3:25-cv-03372-JSC
IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER

RESPECTFULLY SUBMITTED.

DATED: April 23, 2025                    **JW HOWARD│ATTORNEYS, LTD.**


By: */s/ Scott J. Street*
       John W. Howard
       Scott J. Street
       Michelle D. Volk
       Peter C. Shelling

**BOYDEN GRAY PLLC**
R. Trent McCotter

**AMERICAN FIRST LEGAL FOUNDATION**
Daniel Z. Epstein

Attorneys for Amicus Curiae America First Legal Foundation

UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF          Case No.: 3:25-cv-03372-JSC
IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On April 23, 2025, I electronically filed the **UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 23, 2025 at San Diego, California.

/s/ Dayna Dang
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com

UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF          Case No.: 3:25-cv-03372-JSC
IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER