ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
LARA HADDAD
Supervising Deputy Attorney General
SHIWON CHOE (SB 320041)
CAROLYN F. DOWNS (SB 353455)
ZELDA VASSAR (SB 313789)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-4400
  Fax: (415) 703-5480
  E-mail: Shiwon.Choe@doj.ca.gov
          Carolyn.Downs@doj.ca.gov
          Zelda.Vassar@doj.ca.gov
*Attorneys for Plaintiffs State of California and
Gavin Newsom, in his official capacity as Governor
of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA and GAVIN NEWSOM, in his official capacity as Governor of California,**<br><br>                              Plaintiffs,<br><br>          v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,**<br><br>                              Defendants. | Case No. 3:25-cv-03372-JSC<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

<u>**DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT**</u>

Case Name:    ***State of California and Gavin Newsom v. Donald J. Trump, et al.***
Case No.:        **3:25-cv-03372**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>April 17, 2025,</u> I served the following documents via United States Postal Service Certified Mail with Return Receipt Requested:

1. **SUMMONS IN A CIVIL ACTION**

2. **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

3. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

4. **CIVIL STANDING ORDER FOR DISTRICT JUDGE JACQUELINE SCOTT CORLEY (REVISED JANUARY 21, 2025)**

5. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

6. **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

The documents were mailed to the following recipients:

| RECIPIENT | STATUS |
|---|---|
| **Civil Process Clerk**<br>**United States Attorney's Office for the Northern District of California**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102**<br>**Tracking no. 9414726699042237564992** | **Delivered on: April 21, 2025, 11:44 AM Proof: Return Receipt received and USPS tracking confirms delivery (attached as Exhibit A)** |

| RECIPIENT | STATUS |
|---|---|
| **Attorney General Pamela Bondi**<br>**United States Department of Justice**<br>**950 Pennsylvania Avenue NW**<br>**Washington, DC 20530-0001**<br>**Tracking no. 9414726699042237564985** | **Delivered on: April 24, 2025, 5:15 AM**<br>**Proof: USPS tracking confirms delivery**<br>**(attached as Exhibit B)** |
| **President Donald J. Trump**<br>**1600 Pennsylvania Ave. NW**<br>**Washington, DC 20500**<br>**Tracking no. 9414726699042237564978** | **Delivered on: April 29, 2025, 4:06 AM**<br>**Proof: USPS tracking confirms delivery**<br>**(attached as Exhibit C)** |
| **Secretary Kristi Noem**<br>**Department of Homeland Security**<br>**2707 Martin Luther King Jr. Ave. SE**<br>**Washington, DC 20528**<br>**Tracking no. 9414726699042237564961** | **Delivered on: April 25, 2025, 8:04 AM**<br>**Proof: USPS tracking confirms delivery**<br>**(attached as Exhibit D)** |
| **Department of Homeland Security**<br>**2707 Martin Luther King Jr. Ave. SE**<br>**Washington, DC 20528**<br>**Tracking no. 9414726699042237564954** | **Delivered on: April 25, 2025, 8:04 AM**<br>**Proof: USPS tracking confirms delivery**<br>**(attached as Exhibit E)** |
| **Acting Commissioner Pete R. Flores**<br>**U.S. Customs and Border Protection**<br>**1300 Pennsylvania Ave. NW**<br>**Washington, DC 20004[1]**<br>**Tracking no. 9414726699042237564947** | **Delivered on: April 24, 2025, 12:31 PM**<br>**Proof: USPS tracking confirms delivery**<br>**(attached as Exhibit F)** |
| **U.S. Customs and Border Protection**<br>**1300 Pennsylvania Ave. NW**<br>**Washington, DC 20004[2]**<br>**Tracking no. 9414726699042237564930** | **Delivered on: April 24, 2025, 12:31 PM**<br>**Proof: USPS tracking confirms delivery**<br>**(attached as Exhibit G)** |

---

[1] Although the mailing address included ZIP code 20004, the USPS tracking system indicates delivery to ZIP code 20229, which is the official federal ZIP code for the U.S. Customs and Border Protection headquarters located at 1300 Pennsylvania Avenue NW, Washington, DC

[2] *Ibid.*

I received a return receipt only for the delivery to the Civil Process Clerk. As of the date of this declaration, I have not received return receipts for the remaining recipients; however, USPS tracking confirms that all deliveries were successfully made on the dates listed above.

Attached to this declaration are:
- Exhibit A – Return receipt received from the Civil Process Clerk and USPS tracking confirmation
- Exhibits B–G – USPS tracking confirmations for each remaining recipient

I declare under penalty of perjury under the law of the State of California the foregoing is true and correct and that this declaration was executed on May 7, 2025, at San Francisco, California.

| | |
|---|---|
| M. Mendiola | |
| Declarant | Signature |

# EXHIBIT A



Return Receipt (Form 3811) Barcode

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9266 9904 2237 5649 95

1. Article Addressed to:

Civil Process Clerk
United States Attorney's Office for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

3. Service Type:
☒ Certified Mail

Reference Information
SA202...
Zelda Vasser

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2237 5649 92

PS Form 3811, Facsimile, July 2015                Domestic Return Receipt

---



USPS TRACKING #

9590 9266 9904 2237 5649 95

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service®**   • Sender: Please print your name, address and ZIP+4® below •

**STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
OFFICE OF ATTORNEY GENERAL
455 GOLDEN GATE AVE RM 01612
SAN FRANCISCO CA 94102**

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 94147266990042237564992

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:44 am on April 21, 2025 in SAN FRANCISCO, CA 94102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
SAN FRANCISCO, CA 94102
April 21, 2025, 11:44 am

**In Transit to Next Facility**
April 20, 2025

**Arrived at USPS Regional Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
April 18, 2025, 8:44 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**          ⌄



**USPS Tracking Plus®**                                             ⌄

---

**Product Information**                                             ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback

# EXHIBIT B

# USPS Tracking®

FAQs >

**Remove** ✕

Tracking Number:

## 9414726699042237564985

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:15 am on April 24, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 24, 2025, 5:15 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

# EXHIBIT C

# USPS Tracking®

FAQs ›

Tracking Number:

**Remove** ✕

## 9414726699042237564978

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:06 am on April 29, 2025 in WASHINGTON, DC 20500.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20500
April 29, 2025, 4:06 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

---

**Text & Email Updates**     ⌄

---

**USPS Tracking Plus®**     ⌄

---

**Product Information**     ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback

# EXHIBIT D

# USPS Tracking®

FAQs ›

Tracking Number:                                                          Remove ✕

# 94147266990422237564961

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 8:04 am on April 25, 2025 in WASHINGTON, DC 20528.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20528
April 25, 2025, 8:04 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

# EXHIBIT E

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 94147266990042237564954

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 8:04 am on April 25, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20528
April 25, 2025, 8:04 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

# EXHIBIT F

# USPS Tracking®

FAQs >

Tracking Number:

**Remove** ✕

## 94147266990422237564947

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:31 pm on April 24, 2025 in WASHINGTON, DC 20229.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20229
April 24, 2025, 12:31 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback

# EXHIBIT G

# USPS Tracking®

FAQs 〉

**Remove** ✕

Tracking Number:

## 9414726699042237564930

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:31 pm on April 24, 2025 in WASHINGTON, DC 20229.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20229
April 24, 2025, 12:31 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback