YAAKOV M. ROTH
Acting Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
PATRICIA M. McCARTHY
Director, National Courts
CLAUDIA BURKE
Deputy Director, National Courts
JUSTIN R. MILLER
Attorney-In-Charge, International Trade Field Office
LUKE MATHERS
Trial Attorney

    U.S. Department of Justice
    Civil Division
    Commercial Litigation Branch
    26 Federal Plaza, Suite 346
    New York, New York 10278
    Telephone: (212) 264-9236
    luke.mathers@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA and GAVIN NEWSOM, in his official capacity as Governor of California,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 3:25-cv-03372-JSC<br><br>**STIPULATION TO CONTINUE MAY 22, 2025 HEARING TO MAY 29, 2025, AND [PROPOSED] ORDER** |

    Defendants Donald J. Trump, et al. ("Defendants") and plaintiffs State of California and Gavin Newsom ("Plaintiffs") hereby Stipulate and respectfully request the Court continue the hearing on Defendants' motion to transfer to the U.S. Court of International Trade presently set for May 22, 2025, at 10:00 AM, to May 29, 2025, at 10:00 AM. In support thereof, the parties represent as follows:

1  WHEREAS, on April 17, 2025, Defendants moved to transfer this case to the U.S. Court of
2  International Trade and noticed the hearing on the motion for May 22, 2025, at 10:00 AM;
3  WHEREAS, counsel who expects to represent Defendants at the hearing, Eric J. Hamilton,
4  expects to be unavailable to attend the hearing due to a scheduled proceeding taking place before Judge
5  Susan Illston in Case No. 3:25-cv-03698 at 10:30 AM on the same day;
6  WHEREAS, the parties have conferred and are available on May 29, 2025, at 10:00 AM for a
7  rescheduled hearing;
8  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to
9  the Court's approval, that the hearing currently scheduled for May 22, 2025, at 10:00 AM, should be
10 continued to May 29, 2025, at 10:00 AM.

11 DATED: May 14, 2025                           Respectfully submitted,

12 OF COUNSEL:                                   YAAKOV M. ROTH
                                                 Acting Assistant Attorney General
13
   ALEXANDER K. HAAS                             ERIC J. HAMILTON
14 Director                                      Deputy Assistant Attorney General

15 STEPHEN M. ELLIOTT                            PATRICIA M. McCARTHY
   Assistant Director                            Director
16 U.S. Department of Justice
   Civil Division                                *s/Claudia Burke*
17 Federal Programs Branch                       CLAUDIA BURKE
                                                 Deputy Director
18 SOSUN BAE
   Senior Trial Counsel                          *s/Justin R. Miller*
19 CATHERINE M. YANG                             JUSTIN R. MILLER
   BLAKE W. COWMAN                               Attorney-In-Charge
20 COLLIN T. MATHIAS                             International Trade Field Office
   Trial Attorneys
21 U.S. Department of Justice                    *s/Luke Mathers*
   Civil Division                                LUKE MATHERS
22 Commercial Litigation Branch                  Trial Attorney
                                                 U.S. Department of Justice
23 PATRICK ROBBINS                               Civil Division
   Acting United States Attorney                 26 Federal Plaza, Room 346
24 PAMELA JOHANN                                 New York, New York 10278
   Assistant United States Attorney              (212) 264-9236
25 Chief, Civil Division                         luke.mathers@usdoj.gov
   450 Golden Gate Avenue
26 P.O. Box 36066
   San Francisco, California 94102
27 (415) 436-7025                                Attorneys for Defendants

28

1  DATED: May 14, 2025

2                                                                 ROB BONTA
                                                                  Attorney General of California
3                                                                 THOMAS S. PATTERSON
                                                                  Senior Assistant Attorney General
4                                                                 LARA HADDAD
                                                                  Supervising Deputy Attorney General
5
                                                                  *s/Shiwon Choe*\*
6                                                                 SHIWON CHOE
                                                                  ZELDA VASSAR
7                                                                 CAROLYN F. DOWNS
                                                                  Deputy Attorneys General
8                                                                 Attorneys for Plaintiffs

9

10  \* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the parties' stipulation is GRANTED.  The hearing on Defendants' motion to transfer to the U.S. Court of International Trade currently scheduled for May 22, 2025, at 10:00 AM, is continued to May 29, 2025, at 10:00 AM.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE JACQUELINE SCOTT CORLEY
United States District Judge