WARRINGTON S. PARKER III (SBN 148003)
wparker@crowell.com
JOANNA ROSEN FORSTER (SBN 244943)
jforster@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

MICHAEL W. MCCONNELL (*pro hac vice* pending)
mcconnell@law.stanford.edu
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 736-1326

Attorneys for *AMICI CURIAE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA and GAVIN NEWSOME, in his official capacity as Governor of California,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03372-JSC<br><br>**UNOPPOSED ADMINISTRATIVE MOTION SEEKING TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; PROPOSED BRIEF ATTACHED TO THIS MOTION**<br><br>Date:  June 26, 2025<br>Time:  10:00 a.m.<br>Ctrm:  Courtroom 8, 19th Floor<br>Judge: Hon. Jacqueline Scott Corley |

CROWELL & MORING LLP
ATTORNEYS AT LAW

ADMINISTRATIVE MOTION OF AMICI CURIAE FOR
LEAVE TO FILE AMICUS CURIAE BRIEF ISO PL'S
MOT FOR PRELIMINARY INJUNCTION;
CASE NO. 3:25-CV-03372-JSC

Pursuant to Local Rule 7-11, George F. Allen, Steven G. Calabresi, Joshua A. Claybourn, John C. Danforth, Richard A. Epstein, Charles T. Hagel, Harold Hongju Koh, Gerard N. Magliocca, Michael W. McConnell, Michael B. Mukasey, Alan O. Sykes, Judge John Daniel Tinder, Peter J. Wallison, and Philip Zelikow (together, "proposed amici") respectfully move, through undersigned counsel, for leave to file a brief as amici curiae in support of plaintiffs' motion for preliminary injunction. The proposed brief is attached as Exhibit 1, and a proposed order is also attached. In support of this motion, amici further state:

1.  This Court has discretion in determining whether a third party may participate in a case as amicus curiae. *See, e.g., NGV Gaming Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved. *Id.*; *see also Yurok Tribe v. U.S. Bureau of Reclamation*, 654 F. Supp. 3d 941, 957 n. 6 (N.D. Cal. 2023). Amici can provide precisely that kind of information and perspective.

2.  Amici are constitutional scholars, legal historians, public lawyers, retired federal appellate judges, a former United States Attorney General, and three former United States Senators united by a common conviction: the endurance of the American Republic depends not only on elections or policy outcomes, but on the faithful preservation of its constitutional structure. They span the ideological spectrum, joined not by partisanship but by a common concern over the erosion of Congress's Article I authority. Amici do not appear to defend or oppose any particular trade policy. They file this brief because they believe the Constitution draws bright lines between legislative and executive power—and that those lines are being blurred in ways that threaten democratic accountability itself.

3.  On May 19, 2025, counsel for amici conferred with counsel for the parties and both parties have consented to the filing of this brief.

## **CONCLUSION**

For all the foregoing reasons, amici respectfully request that the Court grant their motion for leave to file an amicus curiae brief.

Crowell & Moring LLP
Attorneys at Law

-1-

ADMINISTRATIVE MOTION OF AMICI CURIAE FOR LEAVE TO FILE AMICUS CURIAE BRIEF ISO PL'S MOT FOR PRELIMINARY INJUNCTION; CASE NO. 3:25-CV-03372-JSC

Dated: May 19, 2025						CROWELL & MORING LLP


							By: /s/ Warrington S. Parker III
							    Warrington S. Parker III
							    Joanna Rosen Forster
							    Attorneys for *AMICI CURIAE*


Dated: May 19, 2025						MICHAEL W. MCCONNELL


							By: /s/ Michael W. McConnell
							    Michael W. McConnell
							    Attorney for *AMICI CURIAE*

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

ADMINISTRATIVE MOTION OF AMICI CURIAE FOR LEAVE TO FILE AMICUS CURIAE BRIEF ISO PL'S MOT FOR PRELIMINARY INJUNCTION; CASE NO. 3:25-CV-03372-JSC