WARRINGTON S. PARKER III (SBN 148003)
  wparker@crowell.com
JOANNA ROSEN FORSTER (SBN 244943)
  jforster@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

MICHAEL W. MCCONNELL (*pro hac vice* pending)
  mcconnell@law.stanford.edu
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 736-1326

Attorneys for *AMICI CURIAE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA and GAVIN NEWSOME, in his official capacity as Governor of California,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03372-JSC<br><br>**[PROPOSED] ORDER RE ADMINISTRATIVE MOTION SEEKING TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: June 26, 2025<br>Time: 10:00 a.m.<br>Ctrm: Courtroom 8, 19th Floor<br>Judge: Hon. Jacqueline Scott Corley |

CROWELL & MORING LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER RE ADMIN. MOT. FOR LEAVE TO FILE AMICUS BRIEF ISO PL'S MOT FOR PRELIMINARY INJUNCTION;
CASE NO. 3:25-CV-03372-JSC

The unopposed motion of George F. Allen, Steven G. Calabresi, Joshua A. Claybourn, John C. Danforth, Richard A. Epstein, Charles T. Hagel, Harold Hongju Koh, Gerard N. Magliocca, Michael W. McConnell, Michael B. Mukasey, Alan O. Sykes, Judge John Daniel Tinder, Peter J. Wallison, and Philip Zelikow seeking leave to file a brief as amici curiae in support of plaintiffs' motion for preliminary injunction is hereby GRANTED. Amici are ordered to file their Amicus Curiae Brief.

IT IS SO ORDERED.

Dated: _____

                                                 The Honorable Jacqueline Scott Corley
                                                 United States District Judge

CROWELL & MORING LLP
ATTORNEYS AT LAW

-1-

[PROPOSED] ORDER RE ADMIN. MOT. FOR LEAVE TO FILE AMICUS BRIEF ISO PL'S MOT FOR PRELIMINARY INJUNCTION; CASE NO. 3:25-CV-03372-JSC