UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Donald J. Trump, et al., <br><br> Defendant(s). | Case No. 3:25-cv-03372-JSC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Michael W. McConnell, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Amici Curiae (See Attachment A) in the above-entitled action. My local co-counsel in this case is Warrington S. Parker III, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 148003.

| | |
|---|---|
| 559 Nathan Abbot Way, Stanford CA 94305 | 3 Embarcadero Center, 26 Fl., SF CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (650) 736-7326 | (415) 986-2800 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mmcconnell@law.stanford.edu | wparker@crowell.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 358691.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 19, 2025

Michael W. McConnell
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael W. McConnell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**Attachment A**
**List of *Amici Curiae***

Former Senator and Governor George F. Allen,

Professor Steven Calabresi,

Attorney Joshua A. Claybourn,

Former Senator and Ambassador to the United Nations John C. Danforth,

Professor Richard A. Epstein,

Former Senator and Secretary of Defense Charles T. Hagel,

Professor and former Dean Harold Hongju Koh,

Professor Gerard N. Magliocca,

Professor and former Judge Michael W. Mcconnell,

Former Attorney General and Judge Michael B. Mukasey,

Professor Alan Sykes,

Former Judge John Daniel Tinder,

Former White House Counsel Peter Wallison,

Former State Department Counselor and Director of the 9/11 Commission Philip Zelikow