1  YAAKOV M. ROTH
   Acting Assistant Attorney General
2  ERIC J. HAMILTON
   Deputy Assistant Attorney General
3  PATRICIA M. McCARTHY
   Director, National Courts
4  CLAUDIA BURKE
   Deputy Director, National Courts
5  JUSTIN R. MILLER
   Attorney-In-Charge, International Trade Field Office
6  LUKE MATHERS
7  Trial Attorney

8
        U.S. Department of Justice
9       Civil Division
        Commercial Litigation Branch
10      26 Federal Plaza, Suite 346
        New York, New York 10278
11      Telephone: (212) 264-9236
        luke.mathers@usdoj.gov
12

13 Attorneys for Defendants

14                  UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18

19 STATE OF CALIFORNIA and GAVIN      )  Case No. 3:25-cv-03372-JSC
   NEWSOM, in his official capacity as Governor )
20 of California,                     )  **STATEMENT OF RECENT DECISIONS**
                                      )
21        Plaintiffs,                 )
                                      )
        v.                            )
22                                    )
   DONALD J. TRUMP, et al.,           )
23                                    )
          Defendants.                 )
24 _____)

25

26

27

28

1      Pursuant to Civil Local Rule 7-3(d)(2), Defendants respectfully submit the attached decisions of

2   the U.S. District Court for the Northern District of Florida transferring a civil action challenging the

3   President's imposition of tariffs under the International Emergency Economic Powers Act to the U.S.

4   Court of International Trade under 28 U.S.C. § 1631 and denying a motion for a stay pending appeal.

5   *Emily Ley Paper, Inc. v. Trump*, No. 3:25-cv-464, ECF Nos. 37 and 39 (N.D. Fla.).

6   DATED: May 21, 2025                              Respectfully submitted,

7   OF COUNSEL:                                      YAAKOV M. ROTH
                                                     Acting Assistant Attorney General
8
    ALEXANDER K. HAAS                                ERIC J. HAMILTON
9   Director                                        Deputy Assistant Attorney General

10  STEPHEN M. ELLIOTT                               PATRICIA M. McCARTHY
    Assistant Director                               Director
11  U.S. Department of Justice
    Civil Division                                   *s/Claudia Burke*
12  Federal Programs Branch                          CLAUDIA BURKE
                                                     Deputy Director
13  SOSUN BAE
    Senior Trial Counsel                             *s/Justin R. Miller*
14  CATHERINE M. YANG                                JUSTIN R. MILLER
    BLAKE W. COWMAN                                  Attorney-In-Charge
15  COLLIN T. MATHIAS                                International Trade Field Office
    Trial Attorneys
16  U.S. Department of Justice                       *s/Luke Mathers*
    Civil Division                                   LUKE MATHERS
17  Commercial Litigation Branch                     Trial Attorney
                                                     U.S. Department of Justice
18  PATRICK ROBBINS                                  Civil Division
    Acting United States Attorney                    26 Federal Plaza, Room 346
19  PAMELA JOHANN                                    New York, New York 10278
    Assistant United States Attorney                 (212) 264-9236
20  Chief, Civil Division                            luke.mathers@usdoj.gov
    450 Golden Gate Avenue
21  P.O. Box 36066
    San Francisco, California 94102
22  (415) 436-7025                                   Attorneys for Defendants

23

24

25

26

27

28