UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.            ,

Plaintiff(s),

v.

Donald J. Trump, et al.            ,

Defendant(s).

Case No. 3:25-cv-03372-JSC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Hannah James            , an active member in good standing of the bar of District of Columbia            , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Amicus Curiae            in the above-entitled action. My local co-counsel in this case is Loren Kieve            , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 56280            .

1140 Connecticut Ave 1150, NW DC 20036
MY ADDRESS OF RECORD

(202) 753-5917
MY TELEPHONE # OF RECORD

jamesh@brennan.law.nyu.edu
MY EMAIL ADDRESS OF RECORD

2121 Broadway St., Unit 3, SF, CA 94115
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 425-2655
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lk@kievelaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 90007701            .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0            times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: May 20, 2025                                Hannah James

5                                                     APPLICANT

6

7

8                    ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Hannah James            is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: May 21, 2025

16

17  _____

18  UNITED STATES                          LE JUDGE

