UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA,

Plaintiff(s),

v.

DONAL J. TRUMP et al.,

Defendant(s).

Case No. 3:25-CV03372-jsc

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alan B. Morrison, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: amicus Consumer Watchdog in the above-entitled action. My local co-counsel in this case is William Pletcher, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 212664.

2000 H St. NW, Washington DC 20052
MY ADDRESS OF RECORD

6330 San Vicente Blvd., Suite 250
Los Angeles, CA 90048
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202 994 7120
MY TELEPHONE # OF RECORD

310-392-0522
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

abmorrison@law.gwu.edu
MY EMAIL ADDRESS OF RECORD

Will@consumerwatchdog.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 073114.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2025                                  Alan B. Morrison
                                                     APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alan B. Morrison is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 22, 2025



UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Jacqueline Scott Corley