YAAKOV M. ROTH
Acting Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
PATRICIA M. McCARTHY
Director, National Courts
CLAUDIA BURKE
Deputy Director, National Courts
JUSTIN R. MILLER
Attorney-In-Charge, International Trade Field Office
LUKE MATHERS
Trial Attorney

    U.S. Department of Justice
    Civil Division
    Commercial Litigation Branch
    26 Federal Plaza, Suite 346
    New York, New York 10278
    Telephone: (212) 264-9236
    luke.mathers@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA and GAVIN NEWSOM, in his official capacity as Governor of California,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 3:25-cv-03372-JSC<br><br>**STATEMENT OF RECENT DECISION** |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants respectfully submit the attached decision of the U.S. Court of International Trade, which exercised jurisdiction under 28 U.S.C. § 1581(i)(1)(B), dismissing for lack of standing a civil action challenging the President's imposition of tariffs under the International Emergency Economic Powers Act. *Gary L. Barnes v. United States*, No. 1:25-cv-43, ECF No. 15 (Ct. Int'l Trade May 23, 2025).

| | |
|---|---|
| DATED: May 23, 2025 | Respectfully submitted, |
| OF COUNSEL: | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| ALEXANDER K. HAAS<br>Director | ERIC J. HAMILTON<br>Deputy Assistant Attorney General |
| STEPHEN M. ELLIOTT<br>Assistant Director<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch | PATRICIA M. McCARTHY<br>Director<br><br>*s/Claudia Burke*<br>CLAUDIA BURKE<br>Deputy Director |
| SOSUN BAE<br>Senior Trial Counsel<br>CATHERINE M. YANG<br>BLAKE W. COWMAN<br>COLLIN T. MATHIAS<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch | *s/Justin R. Miller*<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>*s/Luke Mathers*<br>LUKE MATHERS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division |
| PATRICK ROBBINS<br>Acting United States Attorney<br>PAMELA JOHANN<br>Assistant United States Attorney<br>Chief, Civil Division<br>450 Golden Gate Avenue<br>P.O. Box 36066<br>San Francisco, California 94102<br>(415) 436-7025 | 26 Federal Plaza, Room 346<br>New York, New York 10278<br>(212) 264-9236<br>luke.mathers@usdoj.gov<br><br><br><br><br>Attorneys for Defendants |