Harvey Rosenfield, SBN 123082
William Pletcher, SBN 212664
**CONSUMER WATCHDOG**
6330 San Vicente Blvd., Suite 250
Los Angeles, CA 90048
Tel. (310) 392-0522
Fax (310) 861-0862
harvey@consumerwatchdog.org
will@consumerwatchdog.org

Alan Butler Morrison *(Admitted Pro Hac Vice)*
**GEORGE WASHINGTON LAW SCHOOL**
2000 H Street NW
Washington, DC 20052
Tel. (202) 994-7120
abmorrison@law.gwu.edu

Donald B. Cameron *(Admitted Pro Hac Vice)*
Edward John Thomas III *(Admitted Pro Hac Vice)*
R. Will Planert *(Admitted Pro Hac Vice)*
**MORRIS, MANNING & MARTIN, LLP**
1333 New Hampshire Avenue, Suite 800
Washington D.C. 20036
Tel. (202) 216-4800
dcameron@mmmlaw.com
ethomas@mmmlaw.com
wplanert@mmmlaw.com

*Attorneys for Proposed Amicus Curiae Consumer Watchdog*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA and GAVIN NEWSOM, in his official capacity as Governor of California,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:25-cv-03372-JSC<br><br>**ADDENDUM TO UNOPPOSED MOTION OF CONSUMER WATCHDOG FOR LEAVE TO FILE AMICUS CURIAE BRIEF; [PROPOSED] BRIEF FOR AMICUS CURIAE CONSUMER WATCHDOG**<br><br>Hon. Jacqueline Scott Corley |

**Presidential Actions Taken Pursuant to the International Emergency Economic Powers Act from January 20, 2025 to May 16, 2025**

| Date | Exec. Order No. | Amount of Tariff | Rationale | Exclusions |
|---|---|---|---|---|
| 2/1/2025 | 14193 (Canada) | 25% on Canadian Goods 10% on Canadian Energy/Energy Resources | Reduce the flow of imported drugs from cartels through the Northern border. | Products described in 50 U.S.C. § 1702(b). |
| 2/1/2025 | 14194 (Mexico) | 25% on Mexican Goods | Reduce the flow of imported drugs from cartels through the Southern border. | Products described in 50 U.S.C. § 1702(b). |
| 2/1/2025 | 14195 (China) | 10% on all Chinese Goods | National emergency posed by "failure of the PRC to" stop the flow of illicit precursors of illegal drugs | Products described in 50 U.S.C. § 1702(b). |
| 2/5/2025 | 14200 (Amends 14195 and allows for de minimis treatment) | Allows for de minimis treatment | No independent rationale given for change | |
| 3/2/2025 | 14226 (Canada) (Amends 14193 and allows for de minimis treatment) | Amends EO 14193 to allow for de minimis treatment | None given | |
| 3/2/2025 | 14227 (Mexico) (Amends 14143 and allows for de minimis treatment) | Amends EO 14194 to allow for de minimis treatment | None given | |
| 3/3/2025 | 14228 (Amends 14195 to 20% from 10%) | 20% on all Chinese Goods | National emergency posed by "failure of the PRC to" stop the flow of illicit precursors of illegal drugs | Products described in 50 U.S.C. § 1702(b). |
| 3/6/2025 | 14231 (Canada) | Reduction to 0% tariff from 25% for all products of Canada which meet the USMCA's rules of origin | Automotive industry is critical to American economic and national security. No potash rationale included | |

**Presidential Actions Taken Pursuant to the International Emergency Economic Powers Act from January 20, 2025 to May 16, 2025**

| Date | Action | Description | Rationale |
|---|---|---|---|
| 3/6/2025 | 14232 (Mexico) | Reduction to 10% tariff from 25% for non-USMCA compliant potash<br><br>Reduction to 0% tariff from 25% for all products of Mexico which meet the USMCA's rules of origin<br><br>Reduction to 10% tariff from 25% for non-USMCA compliant potash | Automotive industry is critical to American economic and national security.<br><br>No rationale included for lower tariffs on potash |
| 3/24/2025 | 14245 | 25% on all goods from countries importing Venezuelan Oil that Sec'y State (in consultation with Sec Commerce, Sec Homeland Security, and US Trade Representative) determines should have the tariff applied to.<br><br>The only criteria is a finding from Sec'y Commerce that a country imports the oil, then Sec'y State can apply this tariff to that country. There is no finding required on the part of Sec'y State. It is "at his discretion" whether to apply the tariff. | National Security threat posed by Venezuelan regime and international criminal organizations |
| 4/2/205 | 14256 | Eliminated de minimis exemption from EO 14200. Applies tariff to Chinese goods sent through postal network. | Close de minimis exemption and to impose tariffs on postal shipments because "many shippers based in the People's Republic of China |

## Presidential Actions Taken Pursuant to the International Emergency Economic Powers Act from January 20, 2025 to May 16, 2025

| Date | EO | Action | Rationale | Exceptions |
|---|---|---|---|---|
| 4/2/2025 | 14257 | 10% tariff on all imports except Canada and Mexico with higher rates for certain countries listed in **Annex I**. China is 34% in **Annex I**. Other countries in Annex I include South Korea (25%), Zimbabwe (18%), Botswana (37%), Thailand (36%), and the European Union (20%) | Threat posed by other countries' disparate tariff rates and non-tariff barriers, domestic economic policies, and the "large and persistent annual U.S. goods trade deficits" that result. | Exceptions:<br>- All goods listed in Annex II (including copper, pharmaceuticals, semiconductors, lumber articles, critical minerals, and energy and energy products)<br>- 50 USC 1702(b)<br>- Steel/aluminum and derivative articles subject to Section 232 duties<br>- Automobiles and automotive parts subject to Section 232 duties<br>- All products which may become subject to Section 232 duties<br>- Goods from Canada/Mexico (PRC) . . . often avoid detection due to administration of the de minimis exemption". |
| 4/8/2025 | 14259 | Increases tariff on Chinese imports to 84% from 34% | Response to retaliatory tariff imposed by China in response to EO 14257. | Exceptions<br>- Same as EO 14257 |
| 4/9/2025 | 14266 | Increases tariff on Chinese imports to 125% from 84%. Lowers country-specific tariff rates in **Annex I** EO 14257 to 10% for a period of 90 days (except for China) | Chinese tariff increased in response to Chinese retaliation<br>Suspension of higher country specific tariffs for 90 days implemented to encourage countries to engage in direct negotiation with the administration. | Exceptions<br>- Same as EO 14257 |
| 4/29/2025 | 14289 | Attempts to clarify how multiple tariffs on the same good apply | Rationale is that stacking tariffs results in a cumulative tariff that exceeds what is "necessary to achieve the intended policy goals" | |