| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | THOMAS S. PATTERSON<br>Senior Assistant Attorney General |
| 3 | LARA HADDAD<br>Supervising Deputy Attorney General |
| 4 | SHIWON CHOE (SB 320041)<br>CAROLYN F. DOWNS (SB 353455) |
| 5 | ZELDA VASSAR (SB 313789)<br>Deputy Attorneys General |
| 6 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 |
| 7 | Telephone: (415) 510-4400<br>Fax: (415) 703-5480 |
| 8 | E-mail: Shiwon.Choe@doj.ca.gov<br>         Carolyn.Downs@doj.ca.gov |
| 9 |          Zelda.Vassar@doj.ca.gov |
| | *Attorneys for Plaintiffs State of California and* |
| 10 | *Gavin Newsom, in his official capacity as Governor* |
| | *of California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA and GAVIN NEWSOM, in his official capacity as Governor of California,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,**<br><br>Defendants. | Case No. 3:25-cv-03372-JSC<br><br>**PLAINTIFFS' NOTICE OF ERRATA REGARDING MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date/Time: June 26, 2025 at 10:00 a.m.<br>Location: Courtroom 8, 19th Floor |

Plaintiffs respectfully submit this Notice of Errata regarding their Motion for Preliminary Injunction (ECF No. 15). Plaintiffs made several inadvertent citation errors, as detailed below, which were largely a result of formatting changes. Plaintiffs apologize for these errors.

Page 3, line 7 cites to *Id.* ¶¶ 9-32; the citation should have been to *Id.* ¶¶ 29-32.

Page 3, line 21 cites to *Id.* ¶¶ 51, 53; the citation should have been to York ¶¶ 51, 53.

Page 4, lines 3-4 quotes York ¶ 46 as a "preview of the shortages which will follow"; the quotation should have been a "preview of shortages that may follow."

Page 4, lines 6-7 quotes Clausing ¶ 10 as "and will have lasting harm on unemployment"; the quotation should have been "generating lasting harmful effects on employment[.]"

Page 5, line 12 cites to *Id.* ¶¶ 3, 6; the citation should have been to Bradley ¶¶ 3, 6.

Page 21, line 3 cites to Shell ¶ 9; the citation should have been to Shell ¶ 19.

Page 21, lines 10-11 cites to Bradley ¶ 6 for the proposition "such as products to assist public school student with disabilities"; this clause should have been "such as products to assist California's children[.]"

Page 21, line 22 cites to York ¶ 16; the citation should have been to White ¶¶ 5-6; *see also* York ¶ 16.

Dated:  May 23, 2025                    Respectfully submitted,

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
LARA HADDAD
Supervising Deputy Attorney General

*s/Zelda Vassar*
ZELDA VASSAR
SHIWON CHOE
CAROLYN F. DOWNS
Deputy Attorneys General
*Attorneys for Plaintiffs State of California and Gavin Newsom, in his official capacity as Governor of California*

1

Notice of Errata Regarding Pls.' Mot. for Prelim. Inj. (No. 3:25-cv-03372-JSC)