ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
LARA HADDAD
Supervising Deputy Attorney General
SHIWON CHOE (SB 320041)
CAROLYN F. DOWNS (SB 353455)
ZELDA VASSAR (SB 313789)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4400
 Fax:  (415) 703-5480
 E-mail:  Shiwon.Choe@doj.ca.gov
            Carolyn.Downs@doj.ca.gov
            Zelda.Vassar@doj.ca.gov
*Attorneys for Plaintiffs State of California and Gavin Newsom, in his official capacity as Governor of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA and GAVIN NEWSOM, in his official capacity as Governor of California,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,**<br><br>Defendants. | Case No. 3:25-cv-03372-JSC<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISIONS** |

Pursuant to Civil Local Rule 7-3(d), Plaintiffs respectfully submit the attached recent decisions:

1. *V.O.S. Selections, Inc. v. United States* and *Oregon v. U.S. Dep't of Homeland Sec.*, Nos. 1:25-cv-00066-GSK-TMR-JAR, 1:25-cv-00077-GSK-TMR-JAR (Ct. Int'l Trade May 28, 2025), and

2. *Learning Res., Inc. v. Trump*, No. 1:25-cv-01248-RC (D.D.C. May 29, 2025).

Dated: May 29, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
LARA HADDAD
Supervising Deputy Attorney General

*s/Shiwon Choe*
SHIWON CHOE
ZELDA VASSAR
CAROLYN F. DOWNS
Deputy Attorneys General
*Attorneys for Plaintiffs State of California and Gavin Newsom, in his official capacity as Governor of California*