YAAKOV M. ROTH
Acting Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
PATRICIA M. McCARTHY
Director, National Courts
CLAUDIA BURKE
Deputy Director, National Courts
JUSTIN R. MILLER
Attorney-In-Charge, International Trade Field Office
LUKE MATHERS
Trial Attorney

    U.S. Department of Justice
    Civil Division
    Commercial Litigation Branch
    26 Federal Plaza, Suite 346
    New York, New York 10278
    Telephone: (212) 264-9236
    luke.mathers@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA and GAVIN NEWSOM, in his official capacity as Governor of California, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 3:25-cv-03372-JSC <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |

Pursuant to Civil Local Rule 7-11, defendants respectfully move this Court for leave to file a supplemental brief. Plaintiffs reserve their rights to oppose this motion.

On May 27, 2025, the Court held a hearing on defendants' motion to transfer this case to the U.S. Court of International Trade (CIT). ECF No. 54. At that hearing, plaintiffs—for the first time—requested that the Court dismiss their action rather than transfer it to the CIT. Although the Court afforded defendants a brief opportunity to respond to this belated request, plaintiffs' failure to request dismissal in their opposition brief, *see* ECF No. 12, deprived defendants and the Court of the opportunity for briefing on the issue. The attached proposed supplemental brief explains why dismissal would not be in the "interest of justice" under 28 U.S.C. § 1631.

For these reasons, defendants respectfully request that the Court grant leave to file the attached proposed supplemental brief.

DATED: May 30, 2025                                  Respectfully submitted,

OF COUNSEL:                                          YAAKOV M. ROTH
                                                     Acting Assistant Attorney General

ALEXANDER K. HAAS                                    ERIC J. HAMILTON
Director                                             Deputy Assistant Attorney General

STEPHEN M. ELLIOTT                                   PATRICIA M. McCARTHY
Assistant Director                                   Director
U.S. Department of Justice
Civil Division                                       *s/Claudia Burke*
Federal Programs Branch                              CLAUDIA BURKE
                                                     Deputy Director
SOSUN BAE
Senior Trial Counsel                                 *s/Justin R. Miller*
BLAKE W. COWMAN                                      JUSTIN R. MILLER
Trial Attorney                                       Attorney-In-Charge
U.S. Department of Justice                           International Trade Field Office
Civil Division
Commercial Litigation Branch                         *s/Luke Mathers*
                                                     LUKE MATHERS
PATRICK ROBBINS                                      Trial Attorney
Acting United States Attorney                        U.S. Department of Justice
PAMELA JOHANN                                        Civil Division
Assistant United States Attorney                     26 Federal Plaza, Room 346
Chief, Civil Division                                New York, New York 10278
450 Golden Gate Avenue                               (212) 264-9236
P.O. Box 36066                                       luke.mathers@usdoj.gov
San Francisco, California 94102
(415) 436-7025
                                                     Attorneys for Defendants