YAAKOV M. ROTH
Acting Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
PATRICIA M. McCARTHY
Director, National Courts
CLAUDIA BURKE
Deputy Director, National Courts
JUSTIN R. MILLER
Attorney-In-Charge, International Trade Field Office
LUKE MATHERS
Trial Attorney

    U.S. Department of Justice
    Civil Division
    Commercial Litigation Branch
    26 Federal Plaza, Suite 346
    New York, New York 10278
    Telephone: (212) 264-9236
    luke.mathers@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA and GAVIN NEWSOM, in his official capacity as Governor of California,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 3:25-cv-03372-JSC<br><br>**DECLARATION OF LUKE MATHERS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |

    1.    I am a Trial Attorney in the U.S. Department of Justice, Civil Division, Commercial Litigation Branch, International Trade Field Office, in New York, New York. I am one of the attorneys responsible for representing defendants in the above-captioned case. This declaration is based on

personal knowledge that I obtained in the performance of my official duties.

2. This declaration is submitted pursuant to Civil Local Rule 7-11(a), to explain why a stipulation could not be obtained from plaintiffs State of California and Gavin Newsom to provide the relief requested in defendants' administrative motion for leave to file a supplemental brief.

3. On May 29, 2025, I emailed counsel for plaintiffs asking whether plaintiffs would stipulate to the relief requested in defendants' administrative motion.

4. On May 29, 2025, counsel for plaintiffs responded that they would stipulate only if defendants stipulated in advance that plaintiffs could file a response.

5. On May 29, 2025, I emailed counsel for plaintiffs asking whether plaintiffs would instead not oppose the relief requested in defendants' administrative motion.

6. On May 29, 2025, counsel for plaintiffs responded that they were willing to not oppose defendants' administrative motion only if defendants agreed in advance to not oppose a future administrative motion by plaintiffs to file a response; otherwise, plaintiffs reserved their rights to oppose defendants' administrative motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 30th day of May, 2025.

      *s/Luke Mathers*
LUKE MATHERS
Trial Attorney
U.S. Department of Justice
Civil Division
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9236
luke.mathers@usdoj.gov