YAAKOV M. ROTH
Acting Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
PATRICIA M. McCARTHY
Director, National Courts
CLAUDIA BURKE
Deputy Director, National Courts
JUSTIN R. MILLER
Attorney-In-Charge, International Trade Field Office
LUKE MATHERS
Trial Attorney

    U.S. Department of Justice
    Civil Division
    Commercial Litigation Branch
    26 Federal Plaza, Suite 346
    New York, New York 10278
    Telephone: (212) 264-9236
    luke.mathers@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA and GAVIN NEWSOM, in his official capacity as Governor of California, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 3:25-cv-03372-JSC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO FILE SUPPLEMENTAL BRIEF** |

    Defendants have filed an administrative motion for leave to file a supplemental brief. Having considered the motion and all materials submitted in relation thereto, and good cause having been shown, it is hereby ordered that defendants' administrative motion is GRANTED.

The proposed supplemental brief attached to defendants' administrative motion is accepted for filing, and deemed filed as of the date of this order.

IT IS SO ORDERED.

DATED: _____

                                                      _____
HON. JACQUELINE SCOTT CORLEY
United States District Judge