UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STATE OF CALIFORNIA, et al., | Case No. 25-cv-03372-JSC |
|---|---|
| Plaintiffs, | |
| v. | **ORDER RE: ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |
| DONALD J. TRUMP, et al., | Re: Dkt. No. 59 |
| Defendants. | |

The Court GRANTS Defendants' administrative motion for leave to file a supplemental brief. The proposed supplemental brief at Docket No. 59-1 is deemed filed. Should Plaintiffs wish to respond, they must file the response by June 3, 2025.

This Order disposes of Docket No. 59.

**IT IS SO ORDERED.**

Dated: May 30, 2025

JACQUELINE SCOTT CORLEY
United States District Judge