UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 25-cv-03372-JSC<br><br>**JUDGMENT** |

By order filed on June 2, 2025, the Court dismissed this action without prejudice for lack of jurisdiction. So, the Court enters judgment in favor of Defendants Donald J. Trump, Kristi Noem, Department of Homeland Security, Pete R. Flores, and U.S. Customs and Border Protection and against Plaintiffs the State of California and Gavin Newsom without prejudice.

**IT IS SO ORDERED.**

Dated: June 2, 2025

JACQUELINE SCOTT CORLEY
United States District Judge