1  ROB BONTA
   Attorney General of California
2  THOMAS S. PATTERSON
   Senior Assistant Attorney General
3  LARA HADDAD
   Supervising Deputy Attorney General
4  SHIWON CHOE (SB 320041)
   CAROLYN F. DOWNS (SB 353455)
5  ZELDA VASSAR (SB 313789)
   Deputy Attorneys General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 510-4400
     Fax:  (415) 703-5480
8    E-mail:  Shiwon.Choe@doj.ca.gov
              Carolyn.Downs@doj.ca.gov
9             Zelda.Vassar@doj.ca.gov
   *Attorneys for Plaintiffs State of California and*
10 *Gavin Newsom, in his official capacity as Governor*
   *of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA and GAVIN NEWSOM, in his official capacity as Governor of California,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,**<br><br>Defendants. | Case No. 3:25-cv-03372-JSC<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Plaintiffs State of California and Gavin Newsom, in his official capacity as Governor of California, hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order re: Motion for Transfer (ECF No. 62) and Judgment (ECF No. 63).

Dated: June 2, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
LARA HADDAD
Supervising Deputy Attorney General

*s/Shiwon Choe*
SHIWON CHOE
ZELDA VASSAR
CAROLYN F. DOWNS
Deputy Attorneys General
*Attorneys for Plaintiffs State of California and Gavin Newsom, in his official capacity as Governor of California*