

Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



# FILED

JUN 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Molly C. Dwyer
Clerk of Court

## DOCKETING NOTICE

---

Docket Number:              25-3493
Originating Case Number:    3:25-cv-03372-JSC

Short Title:                State of California, et al. v. Trump, et al.

---

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:           25-3493
Originating Case Number:  3:25-cv-03372-JSC

Case Title:              State of California, et al. v. Trump, et al.

**Monday, June 9, 2025**
State of California                Mediation Questionnaire due
Gavin Newsom                       Mediation Questionnaire due

**Monday, June 16, 2025**
State of California                Appeal Transcript Order Due
Gavin Newsom                       Appeal Transcript Order Due

**Wednesday, July 16, 2025**
State of California                Appeal Transcript Due
Gavin Newsom                       Appeal Transcript Due

**Monday, August 25, 2025**
State of California                Appeal Opening Brief Due
Gavin Newsom                       Appeal Opening Brief Due

**Wednesday, September 24, 2025**
Donald J. Trump                    Appeal Answering Brief Due
Kristi Noem                        Appeal Answering Brief Due
United States Department of Homeland Security    Appeal Answering Brief Due
Pete R. Flores                     Appeal Answering Brief Due

United States Customs and Border Protection          Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**