FILED

FEB 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA and GAVIN NEWSOM, Governor of California, in his official capacity as Governor of California,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>Defendants - Appellees. | No. 25-3493<br><br>D.C. No. 3:25-cv-03372-JSC<br>Northern District of California, San Francisco<br><br>ORDER |

Before: W. FLETCHER, GOULD, and DE ALBA, Circuit Judges.

This appeal is dismissed for lack of jurisdiction, consistent with the Supreme Court's decision in *Learning Res., Inc. v. Trump,* 607 U.S. \_\_\_\_ (2026) (No. 24-1287).

**DISMISSED.**