UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF CALIFORNIA and GAVIN NEWSOM, Governor of California, in his official capacity as Governor of California, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants - Appellees. | No. 25-3493 <br><br> D.C. No. 3:25-cv-03372-JSC <br><br> Northern District of California, San Francisco <br><br> MANDATE |

The judgment of this Court, entered February 27, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT